Note.—See under (1) 37 Cyc. p. 1184. (2) 37 Cyc. pp. 1188, 1189 (Anno).

---

## CONSERVATIVE LOAN CO. v. RAWLS et al.

No. 17380—Opinion Filed Sept. 21, 1926.

Error from District Court, Pontotoc County; J. W. Bolen, Judge.

Action between the Conservative Loan Company and John Rawls et al. From the judgment, the former brings error. Reversed and remanded.

McKeown & Green and E. C. Stanard, for plaintiff in error.

Geo. W. Burris, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendants in error to file brief as required by rule 7 of this court.

---

## WARNER v. BARNES et al.

No. 16987—Opinion Filed Sept. 21, 1926.

Error from District Court, Rogers County; C. H. Baskin, Judge.

Action between E. S. Warner and Henry Barnes et al. From the judgment, the former brings error. Reversed and remanded.

W. W. Noffsinger and A. L. Harris, for plaintiff in error.

Broaddus & Ambrister, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendants in error to file brief as required by rule 7 of this court.